IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENYATTA OMAR BLAYLOCK | : | CIVIL ACTION |
| v. | : | |
| VINCENT GUARINI, et al. | : | NO. 09-3638 |

ORDER

AND NOW, this 2nd day of May, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff to amend the complaint to name Kenly Bazile and Timothy Roth in place of the defendant correctional officers John Doe I and John Doe II is GRANTED;

(2) the motion of plaintiff to amend the complaint to name Andy Proto as John Doe kitchen supervisor is DENIED; and

(3) the proposed amended complaint of plaintiff is deemed filed except that all allegations related to Andy Proto are stricken.

BY THE COURT:

/s/ Harvey Bartle III
C.J.