IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENYATTA OMAR BLAYLOCK : CIVIL ACTION
:
v. :
:
VINCENT GUARINI, et al. : NO. 09-3638

ORDER

AND NOW, this 4th day of May, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Vincent Guarini for summary judgment is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
C.J.